UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ROSEMARY GUNNING & STEPHEN GUNNING | * | CIVIL ACTION NO. 16-1763 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| PARISH OF FRANKLIN ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the motions to dismiss for failure to state a claim upon which relief can be granted filed by Defendants, Police Jury of Franklin Parish and Franklin Parish Sheriff's Office, [Docs. No. 3 & 6], are GRANTED and Plaintiffs' claims against these Defendants are DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 8th day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE